```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

JEFFERY WILLIAM PAUL                                         PLAINTIFF

      v.           Civil No. 13-2048

MARGARESE PILERFREY, Attorney
General's Office; et al.                                     DEFENDANTS

## O R D E R

Now on this 7th day of March 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #3), filed on February 14, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #3) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Application to Proceed Without Prepayment of Fees** (document #2) is **denied**, and this case is **dismissed without prejudice**. Plaintiff may reopen the case upon payment of the filing fee.

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren  
                                                   JIMM LARRY HENDREN  
                                                   UNITED STATES DISTRICT JUDGE